389 A.2d 690

Raynes et ux. v. deCerkez et al. (Appellants).

Submitted March 15, 1977. John B. Pearson and William S. Bailey, for appellants; Paul E. Baker, and Middleton, Roe & Etzweiler, for appellees.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 690

Wassell v. Wassell, Appellant.

Submitted June 13, 1977. Samuel M. Tollen, and Tollen and Tollen, for appellant; Gerald J. Spitz, for appellee.

Decree affirmed on the opinion of the court below.

WATKINS, former P. J., did not participate in the consideration or decision of. this case.